```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
UNITED STATES OF AMERICA                   :
                                           :
                                           :
          -v.-                             :
                                           :   18cr179-03(JSR)
George Joseph                              :
                                           :        ORDER
                                           :
          Defendant(s),                    :
                                           :
------------------------------------------X
```

JED S. RAKOFF, U.S.D.J.

The representation of the defendant in the above captioned matter is assigned to C.J.A. Attorney on duty May 1, 2020, Kristen Santillo, for the purpose of making a motion for compassionate release.

SO ORDERED

_____
United States District Judge

Dated:   New York, New York
         May 1, 2020