```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :      18-cr-179-03 (JSR)
        v.                           :
                                     :
GEORGE JOSEPH,                       :           ORDER
                Defendant.           :
------------------------------------ x
```

It is hereby

**ORDERED** that the Bureau of Prisons and the United States Marshals Service release defendant George Joseph, registration number 85378-054, from custody or detention, unless any pending warrants, detainers or other issues are encountered.

SO ORDERED.

Dated:   New York, NY
         June 29, 2020

_____
United States District Judge

-1-